IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.06-cv-2554-AP

MARIE K. JOHNSON,

Plaintiff-Appellant,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

Defendant-Appellee.

___

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
___

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

> For Plaintiff:
> Rick P. Sauer
> Rick P. Sauer Law Offices
> 700 Macon Avenue
> Canon City, CO 81212
> Tele: 719-275-7591
> Fax: 719-275-6165
> E-mail: rps@bresnan.net
>
> For Defendant:
> Bonnie E. Sims
> Special Assistant United States Attorney
> *Mailing Address*:
> 1961 Stout Street, Suite 1001A
> Denver, Colorado 80294
>
> *Street Address*:
> 1225 Seventeenth Street, Suite 700
> Denver, Colorado 80202
> (303) 844-7278
> (303) 454-0404 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** December 20, 2006

**B. Date Complaint Was Served on U.S. Attorney's Office:** February 5, 2007

**C. Date Answer and Administrative Record Were Filed:** April 19, 2007.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The Administrative record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters to bring to the Court's attention.

**8. PROPOSED BRIEFING SCHEDULE**

**A. Plaintiffs Opening Brief Due:** July 18, 2007

**B. Defendant's Response Brief Due:** August 22, 2007

**C. Plaintiffs Reply Brief (If Any) Due:** September 5, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

Plaintiff does not request oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.   (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.   (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 9th day of May, 2007.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Rick P. Sauer | s/ Bonnie E. Sims |
| 700 Macon Ave. | By: Bonnie E. Sims |
| Rick P. Sauer Law Offices | Special Assistant U.S. Attorney |
| Canon City, CO 81212 | |
| Tele: 719-275-7591 | *Mailing Address*: |
| Fax: 719-275-6165 | 1961 Stout Street, Suite 1001A |
| E-mail: rps@bresnan.net | Denver, Colorado 80294 |
| | (303) 844-7278 |
| ATTORNEY FOR PLAINTIFF | E-mail: Bonnie.sims@ssa.gov |
| | |
| | *Street Address*: |
| | United States Attorney's Office |
| | 1225 Seventeenth Street, Suite 700 |
| | Denver, Colorado 80202 |
| | (303) 454-0100 |
| | (303) 454-0404 (facsimile) |
| | |
| | ATTORNEY FOR DEFENDANT |