IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-02554-RPM

MARIE K. JOHNSON,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

        Defendant.
_____

ORDER FOR AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS
TO JUSTICE ACT
_____

        Upon consideration of the Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act [30], filed on November 6, 2008, it is

        ORDERED that pursuant to 28 U.S.C. § 2412 the plaintiff is awarded a fee for her attorney Rick P. Sauer in the amount of $6,000.00, made payable to "Rick P. Sauer, as assignee for Marie K. Johnson" and mailed to plaintiff's counsel.

        DATED:   November 7th, 2008

                                      BY THE COURT:

                                      s/Richard . Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge